IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br>v.<br><br>BRUCE MCKEAN STRONG,<br><br>                Defendant. | **MEMORANDUM DECISION AND ORDER**<br><br>Case No. 2:16-CR-00359-DB<br><br>District Judge Dee Benson |

      Before the Court is the parties' Joint Motion for Sentence Reduction filed by Defendant Bruce McKean Strong under 18 U.S.C. § 3582(c). (Dkt. 85.) Defendant requests that the Court reduce his sentence to time served. The United States joins this motion, but recommends a reduction of six months. Under the totality of the circumstances, and considering the unique nature of the pandemic, the Court finds there are compelling reasons to grant a one-year reduction in Defendant Strong's sentence. Accordingly, the motion is GRANTED in part and Defendant's sentence is reduced by one year.

      DATED this 3rd day of November, 2020.

                              BY THE COURT:

                              _____
                              Dee Benson
                              United States District Judge